IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL CLARK,

Plaintiff,

v.   No. Civ. 11-830 WPL/CG

TOWN OF MESILLA, NEW MEXICO;
Town of Mesilla Board of Trustees,
Mesilla Marshal Department, Chief Marshal,
ANGELO VEGA, in his individual and official
capacities, Investigator Jeff Gray in his individual
and official capacities.

Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Plaintiff filed his *Complaint for Violation of Civil Rights* against Defendants on September 16, 2011. (Doc. 1). Summons was issued to Defendant Vega on November 22, 2011. Defendant Vega never executed a waiver of service and there is no evidence in the record indicating that he was properly served.

FED. R. CIV. P. 4(m) requires that service of all defendants occur within 120 days of filing the complaint. In this case, more than 120 days have elapsed since the complaint was filed.

Plaintiff is directed to show cause why his claims against Defendant Vega should not be dismissed without prejudice. Plaintiff's response is due no later than February 23, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE