IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL CLARK,

Plaintiff,

v.   No. Civ. 11-830 WPL/CG

TOWN OF MESILLA, NEW MEXICO;
Town of Mesilla Board of Trustees,
Mesilla Marshal Department, Chief Marshal,
ANGELO VEGA, in his individual and official
capacities, Investigator Jeff Gray in his individual
and official capacities.

Defendants.

### ORDER

**THIS MATTER** comes before the Court, *sua sponte*, for an Order quashing the *Order to Show Cause*, filed February 6, 2012. (Doc. 12). The Court ordered Plaintiff to show cause why he had failed to serve Defendant Angelo Vega with a copy of the summons and complaint in accordance with Fed. R. Civ. P. 4(m). Plaintiff has since notified the Court that Defendant Vega executed a waiver of service on February 6, 2012. (Doc. 13).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 12), is hereby **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE